## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 10, 2023

**<u>Notice</u>**

Mr. Joshua Adam Engel
Engel & Martin
4660 Duke Drive, Suite 101
Mason, OH 45040

Mr. David Andrew Porter
Kienbaum, Hardy, Viviano, Pelton & Forrest
280 N. Old Woodward Avenue, Suite 400
Birmingham, MI 48009

        Re: No. 22-1458
            *Anthony Eid v. Wayne State University, et al*

Dear Counsel:

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, March 16, 2023**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                                        Sincerely yours,

                                        s/Robin L. Johnson
                                        Calendar Deputy

cc: Ms. Elizabeth Phelps Hardy