No. 22-1458

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Apr 20, 2023
DEBORAH S. HUNT, Clerk

ANTHONY EID,

    Plaintiff-Appellant,

v.

WAYNE STATE UNIVERSITY; WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE; NIKOLINA CAMAJ; MARGIT CHADWELL; MATT JACKSON; RICHARD S. BAKER; R. DARREN ELLIS,

    Defendants-Appellees.

O R D E R

**BEFORE:** MOORE, CLAY, and STRANCH, Circuit Judges.

The court received a petition for rehearing en banc. The original panel has reviewed the petition for rehearing and concludes that the issues raised in the petition were fully considered upon the original submission and decision of the case. The petition then was circulated to the full court.[*] No judge has requested a vote on the suggestion for rehearing en banc.

Therefore, the petition is denied.

                  **ENTERED BY ORDER OF THE COURT**

                  **Deborah S. Hunt, Clerk**

---

[*]Judge Davis recused herself from participation in this ruling.