**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 28, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 22-1458, *Anthony Eid v. Wayne State University, et al*
Originating Case No. 2:20-cv-11718

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Ryan E. Orme, Case Manager
Direct Dial No. 513-564-7079

cc: Mr. Joshua Adam Engel
    Ms. Elizabeth Phelps Hardy
    Mr. David Andrew Porter

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 22-1458

_____

                                                                     Filed: April 28, 2023

ANTHONY EID

        Plaintiff - Appellant

v.

WAYNE STATE UNIVERSITY; WAYNE STATE UNIVERSITY SCHOOL OF MEDICINE; NIKOLINA CAMAJ; MARGIT CHADWELL; MATT JACKSON; RICHARD S. BAKER; R. DARRIN ELLIS

        Defendants - Appellees

**MANDATE**

   Pursuant to the court's disposition that was filed 03/15/2023 the mandate for this case hereby issues today.

  COSTS: None